ORIGINAL

FILED
08 FEB -6 PM 4:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

1  ARTHUR I. WILLNER, ESQ. (SBN 118480)
2  TERESA C. CHOW, ESQ. (SBN 237694)
   BERGER KAHN
3  A Law Corporation
   Mail Service:
4    Post Office Box 92621
     Los Angeles, CA  90009-9998
5  Location:
     4551 Glencoe Avenue, Suite 300
6    Marina del Rey, CA  90292-7925
   Tel: (310) 821-9000 • Fax: (310) 775-8775

7  Attorneys for Defendant JETBLUE AIRWAYS CORPORATION

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12  JALEH ABDOLAZADE,                ) CASE NO. '08 CV 0240 JM POR
13                  Plaintiffs,       )
14  vs.                              ) **CERTIFICATE OF INTERESTED PARTIES**
15  JETBLUE AIRWAYS                  )
    CORPORATION, a Delaware          )
16  Corporation, and DOES 1-24       )
    inclusive,                       )
17                                   )
                    Defendants.      )
18  _____  )

19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

55647 cert int parties.doc                  1

     The undersigned, counsel of record for Defendant JETBLUE AIRWAYS CORPORATION, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    JETBLUE AIRWAYS CORPORATION, Defendant; and

    2.    AIG Aviation, Inc., Liability Insurer.

DATED: February 5, 2008

BERGER KAHN
A Law Corporation

By: _____
ARTHUR I. WILLNER
TERESA C. CHOW
Attorneys for Defendant JETBLUE AIRWAYS CORPORATION