ORIGINAL

ARTHUR I. WILLNER, ESQ. (SBN 118480)
TERESA C. CHOW, ESQ. (SBN 237694)
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4551 Glencoe Avenue, Suite 300
  Marina del Rey, CA  90292-7925
Tel: (310) 821-9000 • Fax: (310) 775-8775

Attorneys for Defendant JETBLUE AIRWAYS CORPORATION

FILED
08 FEB -6 PM 4:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JALEH ABDOLAZADE,

   Plaintiffs,

vs.

JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, and DOES 1-24 inclusive,

   Defendants.

CASE NO.

'08 CV 0240 JM POR

DEFENDANT'S DEMAND FOR JURY TRIAL

TO THE CLERK OF THIS COURT, TO PLAINTIFF, AND TO HER ATTORNEY OF RECORD:

Defendant JETBLUE AIRWAYS CORPORATION, hereby demands trial by jury in the above-captioned matter.

DATED: February 5, 2008

BERGER KAHN
A Law Corporation

By: _____
ARTHUR I. WILLNER
TERESA C. CHOW
Attorneys for Defendant JETBLUE AIRWAYS CORPORATION

55647 Jury Demand .doc                                1