UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　　　Defendant. | Civil No.　08-cv-0240-JM (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE** |

　　　On April 2, 2008, the Court held an Early Neutral Evaluation Conference. Shahbaz Rahbari, Esq., appeared telephonically on behalf of Plaintiff. Arthur Willner, Esq., and Teresa Chow, Esq., appeared on behalf of Defendant, with Matsuno Wolfe appearing on behalf of Defendant as Defendant's insurer. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. Plaintiff's counsel shall file a notice of appearance in this case on or before **April 11, 2008**. Plaintiff's counsel shall also register with the Clerk of Court as a registered user of the Court's Electronic Case Filing System, in accordance with General Order 550 of the United States District Court for the Southern District of California.

2. Based upon the commencement of discovery prior to the removal of this action from San Diego County Superior Court, discovery in this matter shall commence immediately.

3. The Rule 26(f) conference shall be held at the offices of Defendant's counsel and shall be completed on or before **April 28, 2008**.

4. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter on or before **May 9, 2008**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

5. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **May 16, 2008**.

6. The Court shall hold a Case Management conference on **May 22, 2008** at **9:30 a.m.** The Case Management Conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendant shall arrange and initiate the conference call.

7. A Settlement Conference shall be held on **June 10, 2008** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference.

8. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

9. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: April 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Jeffrey T. Miller

all parties

Shahbaz Rahbari, Lareybi & Associates, 6650 Flanders Drive, Suite J, San Diego, CA 92121