```
Shahbaz Rahbari CSBN 220042
LAREYBI & ASSOCIATES
6650 Flanders Drive, Suite J
San Diego, CA 92121
Tel: (858) 678-9429
Fax: (858) 678-8925

Attorney for Plaintiff,
JALEH ABDOLAZADE
```

## UNITED STATES DISTRICT COURT,

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE,<br><br>          Plaintiff,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware Corporation and DOES 1 to 24, Inclusive,<br><br>          Defendants. | Case No.: 08-CIV-240-JTM<br><br>SUBSTITUION OF ATTORNEY AND ORDER THEREON |

JALEH ABDOLAZADE, the plaintiff in the above-referenced matter, hereby substitutes SHAHBAZ RAHBARI in as her attorney of record in the case on file herein. Current counsel, ALLAN CATE, is hereby relieved of any and all obligations and responsibilities on this matter, including, but not limited to, trial.

I CONSENT TO THE SUBSTITUTION

Dated: 04/09/2008

                                                                JALEH ABDOLAZADE,
                                                                Plaintiff

1 | I CONSENT TO THE SUBSTITUTION

Dated: 4/9/08

_____
ALLAN CATE,
Current Attorney

I CONSENT TO THE SUBSTITUTION

Dated: 4-9-08

_____
SHAHBAZ RAHBARI,
Attorney for Plaintiff
JALEH ABDOLAZADE

**IT IS SO ORDERED.**

Dated:

_____
JUDGE OF THE DISTRICT COURT