Shahbaz Rahbari CSBN 220042
LAREYBI & ASSOCIATES
6650 Flanders Drive, Suite J
San Diego, CA 92121
Tel: (858) 678-9429
Fax: (858) 678-8925

Attorney for Plaintiff,
JALEH ABDOLAZADE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE, | Case No.: 08-CIV-240-JTM |
| Plaintiff, | |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, a Delaware Corporation and DOES 1 to 24, Inclusive, | NOTICE OF APPEARANCE BY ATTORNEY |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Attorney SHAHBAZ RAHBARI hereby appears as the sole and exclusive attorney for JALEH ABDOLAZADE, the plaintiff in the matter on file herein. Accordingly, the current attorney of record, ALLAN CATE, will no longer be appearing as the attorney of record on behalf of said plaintiff in this matter. A Substitution of Attorney and Order Thereon is concurrently being filed herewith.

Dated:                                                                                   Respectfully Submitted,


                                                                                         /s/shahbazrahbari_____
                                                                                         SHAHBAZ RAHBARI,
                                                                                         Attorney for Plaintiff
                                                                                         JALEH ABDOLAZADE

Notice of Appearance by Attorney          Page 1