Shahbaz Rahbari, Esq., SBN: 220042
LAREYBI & ASSOCIATES
6650 Flanders Drive, Suite J
San Diego, CA 92121
Tel.: (858) 678-9429
Fax: (858) 678-8925

Attorneys for Plaintiff
JALEH ABDOLAZADE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE, | Case No.: 3:08-cv-00240-JM-POR |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD A NEW DEFENDANT |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, and DOES 1-24, inclusive, | DATE: August 15, 2008 TIME: 1:30pm |
| Defendants. | |

To: Defendant JETBLUE AIRWAYS CORPORATION and its attorney of record:

**PLEASE TAKE NOTICE** that on August 15, 2008, at 1:30pm, plaintiff **JALEH ABDOLAZADE** will move for an order granting the motion set forth below.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MOTION

Pursuant to Rule 15 of the Federal Rules of Civil Procedure Plaintiff **JALEH ABDOLAZADE** hereby moves for leave to file an amended complaint in order to add a new defendant.

This motion is based on the fact that through defendant's <u>Rule 26 Initial Disclosures</u> plaintiff identified the flight attendant, CORRINE SPENCER, who may be responsible in whole or in part for the injuries sustained by the plaintiff on or about June 18, 2006.

This motion will be based on this notice of motion, the memorandum of points and authorities, declaration of Shahbaz Rahbari, and all records and documents on file with the court herein.

Dated: July 10, 2008                                    Respectfully Submitted,


 _/s/ shahbaz rahbari_____
Shahbaz Rahbari
Attorney for Plaintiff

Shahbaz Rahbari, Esq., SBN: 220042
LAREYBI & ASSOCIATES
6650 Flanders Drive, Suite J
San Diego, CA 92121
Tel.: (858) 678-9429
Fax: (858) 678-8925

Attorneys for Plaintiff
JALEH ABDOLAZADE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE,<br><br>                 Plaintiff,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, and DOES 1-24, inclusive,<br><br>                 Defendants. | Case No.: 3:08-cv-00240-JM-POR<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD A NEW DEFENDANT<br><br>DATE: August 15, 2008<br>TIME: 1:30pm |

## INTRODUCTION

      As the Honorable Court is aware, plaintiff's complaint was initially filed in state court but was subsequently removed to federal court. As will hereinafter be demonstrated, defendant's <u>Rule 26 Initial Disclosures</u> in this matter revealed sufficient facts to indicate that a flight attendant, named Corrine Spencer, may be partly or wholly responsible for plaintiff's injuries as set forth in the aforementioned complaint.

///

I

## PLAINTIFF MAY FILE THIS MOTION

In its  Order Modifying Scheduling Order Regulating Discovery and Other Pretrial Proceedings dated June 19, 2008 the Honorable Court granted plaintiff until on or before July 11, 2008 to amend her pleadings/join other parties.

Accordingly, plaintiff has filed this motion within said time.

II

## PLAINTIFF SHOULD BE ALLOWED TO FILED HER AMENDED COMPLAINT AND SUMMONS TO ADD THE NAMED NEW DEFENDANT WHEN IT APPEARS THIS PARTY IS RESPONSIBLE IN WHOLE OR IN PARTY FOR PLAITNIFF'S INJURIES

Rule 15 (a) (2) FRCP in pertinent part(s) allows for the filing of an amended pleading when "... justice so requires".  FRCP Rule 19 (a) which describes what persons should be joined in an action in pertinent part(s) provides: "A person is subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action shall be joined as a party in the action if (a) in the person's absence complete relief cannot be accorded among those already parties."

In seeking to file an amended pleading Rule 15 provides the parties with flexibility in presenting their claims and assures that cases will be heard on their merits and avoids injustices which can result from strict adherence to technical pleading.  Forman vs. Davis (1962) 371 U.S. 178, 182. `On motion, or on its own, the court may at any time, on just terms, add . . .a party.  Nelson vs. Adams USA, Inc. (2000) 529 US 460, 466-467.

In the instant matter, through defendant's Rule 26(a) (1) FRCP disclosures, plaintiff ascertained the identity of the flight attendant (Corrine Spencer) who she believes is in whole or in part responsible for her injuries.

(Please see paragraph 2 of the Declaration of Shahbaz Rahbari). Plaintiff believes that the absence of Corrine Spencer in this action would deny her complete relief in that she was personally involved and a factor in causing plaintiff's injuries. Defendant JETBLUE AIRWAYS CORPORATION's liability is essentially premised upon Ms. Spencer's actions.

Plaintiff therefore requests leave to file an amended complaint to add her as a defendant in this matter.

Taking into consideration the flexibility of Rule 15 FRCP reflecting its policy of allowing amendments, this motion should be granted allowing the joinder of the contemplated defendant.

## CONCLUSION

For the reasons stated above, plaintiff's motion to file an amended complaint should be granted.

Dated: July 10, 2008                                    Respectfully Submitted,


                                                           /s/ shahbaz rahbari_____
                                                          Shahbaz Rahbari
                                                          Attorney for Plaintiff

Shahbaz Rahbari, Esq., SBN: 220042
LAREYBI & ASSOCIATES
6650 Flanders Drive, Suite J
San Diego, CA 92121
Tel.: (858) 678-9429
Fax: (858) 678-8925

Attorneys for Plaintiff
JALEH ABDOLAZADE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE, | Case No.: 3:08-cv-00240-JM-POR |
|                     Plaintiff, | DECLARATION OF SHAHBAZ RAHBARI |
| vs. | |
| JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, and DOES 1-24, inclusive, | DATE: August 15, 2008 TIME: 1:30pm |
|           Defendants. | |

I, Shahbaz Rahbari, hereby declare as follows:

1.    I am the attorney of record for the plaintiff in the above-entitled action. Except as provided herein, I have personal knowledge of the following facts and if called as a witness I would and could competently testify thereto.

2.    When defendant JETBLUE AIRWAYS CORPORATION made its Rule 26 Initial Disclosures it identified a flight attendant named Corrine Spencer as the flight attendant who ". . .advised [p]laintiff. . that it was not safe to be out of her seat, and to return to he seat immediately preceding the incident alleged in

[p]laintiff's [c]omplaint". I am informed and believe that Plaintiff believes said flight attendant is in whole or in part responsible for causing her injuries on the subject flight. Accordingly, the absence of this contemplated defendant will not afford complete relief to the plaintiff.

I declare under penalty of perjury under the laws of the State of California that the preceding is true and correct.  Executed this 10th day of July, 2008.


_/s/ shahbaz rahbari_____
Shahbaz Rahbari
Attorney for Plaintiff

PROOF OF SERVICE
(08-CIV-240-JTM)

I, the undersigned declare:

That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action, and I am employed in the County of San Diego, California, in which this mailing occurred. My business address is 6650 Flanders Drive, Suite J, San Diego CA 92121. I served the following documents and by facsimile:

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD A NEW DEFENDANT

Of which the original document, or a true and correct copy, is attached, by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each such addressee respectively and by facsimile, as follows:

**Attorneys for Defendant JetBlue Airways Corporation**

Arthur I. Willner, Esq.

Teresa C. Chow, Esq.

BERGER KAHN

4551 Glencoe Avenue, Suite 300

Marina Del Rey, CA 90292-7925

Telephone: (310) 821-9000

Facsimile: (310) 775-8775

I then sealed each envelope and, with the postage thereon, fully prepaid, deposited each in the United States mail or private express mail service at San Diego, California, on July 11, 2008,

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2008, at San Diego California.

s/timothy p. sprague
TIMOTHY P. SPRAGUE