Shahbaz Rahbari, Esq.  CSBN: 220042
LAREYBI & ASSOCIATES
6650 Flanders Drive, Suite J
San Diego, CA 92121
Tel.: (858) 678-9429
Fax: (858) 678-8925

Attorneys for Plaintiff
JALEH ABDOLAZADE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| JALEH ABDOLAZADE,<br><br>                   Plaintiff,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive,<br><br>                   Defendants. | Case No.: 3:08-cv-00240-JM-POR<br><br>JOINT MOTION AND STIPULATION TO FILE FIRST AMENDED COMPLAINT AND ACCEPTANCE OF SERICE THEREOF |

The parties, Plaintiff JALEH ABDOLAZADE (hereinafter "Plaintiff"), and Defendant JETBLUE AIRWAYS CORPORATION (hereinafter "Defendant"), through their attorneys of record, Shahbaz Rahbari of Lareybi & Associates as counsel for Plaintiff, and Teresa C. Chow of Berger Kahn as counsel for Defendant, hereby submit their joint motion and stipulation for Plaintiff to file her First Amended Complaint in the above-referenced matter,

and Defendant accepting service on behalf of the additional co-defendant, as follows:

WHEREBY the Plaintiff wishes to file her first amended complaint, a true and accurate copy of which is attached hereto and incorporated by reference herein, which also names CORINNE HOXIT (formerly known as CORINNE SPENCER) as an additional co-defendant, and Defendant does not wish to oppose said filing and further wishes to accept service of said Complaint on behalf of CORINNE HOXIT, THE PARTIES HEREBY STIPULATE AND JOINTLY MOVE AS FOLLOWS:

1. That the attached First Amended Complaint is filed when this Joint Motion and Stipulation has been approved and so ordered by the Court herein;

2. That Defendant's counsel, Berger Kahn, is hereby accepting service of said Complaint on behalf of CORINNE HOXIT (formerly known as SPENCER), and that said co-defendant has twenty (20) days to respond to same from the time of approval of this Joint Motion and Stipulation by the Court herein.

DATED: August 14, 2008         BERGER KAHN
                               A Law Corporation


                               By:__ s/ Teresa C. Chow_____
                                    ARTHUR I. WILLNER
                                    TERESA C. CHOW
                               Attorneys for Defendant JETBLUE
                               AIRWAYS CORPORATION

///
///
///
///

CASE NO. 3:08-cv-00240-JM-POR
JOINT MOTION AND STIPULATION TO FILE FIRST AMENDED COMPLAINT
AND ACCEPTANCE OF SERVICE THEREOF

2

///
///
///

///
///

DATED: August 14, 2008                    LAREYBI & ASSOCIATES

By:__ s/ Shahbaz Rahbari_____
        SHAHBAZ RAHBARI
Attorneys for Plaintiff JALEH ABDOLAZADE

CASE NO. 3:08-cv-00240-JM-POR
JOINT MOTION AND STIPULATION TO FILE FIRST AMENDED COMPLAINT
AND ACCEPTANCE OF SERVICE THEREOF

3