UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE,<br><br>            Plaintiff,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation and DOES 1-25, inclusive,<br><br>            Defendants. | Civil No. 08cv240 JM(POR)<br><br>ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLAINT<br>[Docket No. 15] |

Upon the joint motion of the parties and for good cause shown, the First Amended Complaint attached to the joint motion is deemed filed and served as of August 14, 2008. Co-defendant CORINNE HOXIT ( formerly known as SPENCER), has twenty (20) days from the date of this order to respond.

IT IS SO ORDERED.

DATED:  August 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge