UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware Corporation,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08-cv-0240-JM (POR)<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO CONTINUE CERTAIN PRETRIAL DATES**<br><br>**[Doc. #22]** |

　　　Upon consideration of Plaintiff JALEH ABDOLAZADE and Defendants JETBLUE AIRWAYS CORPORATION and CORINNE SPENCER (collectively, the "parties")'s Joint Motion and Stipulation To Continue Certain Pretrial Dates, and good cause having been shown, the Motion is hereby GRANTED.

　　　IT IS HEREBY ORDERED THAT:

　　　1. The date for exchange of designation of experts shall be continued from December 9, 2008 to **February 10, 2009**, and accordingly the date for exchange of rebuttal experts shall be continued from December 23, 2008 to **February 24, 2009**.

　　　2. The Discovery cut-off/completion date shall be extended from January 9, 2009 to **March 13, 2009**.

　　　3. As to Plaintiff's pending discovery upon Defendant JETBLUE AIRWAYS CORPORATION, the date upon which the event giving rise to this discovery dispute will arise is deemed to be November 21, 2008, and accordingly Plaintiff's thirty (30) day period to file her

motion to compel regarding this dispute shall commence on said date. Therefore, Plaintiff has until **December 21, 2008** to file said motion.

4. The Mandatory Settlement Conference shall be continued from December 8, 2008 to **March 13, 2009** at **10:00 a.m.**, and accordingly the due date for the Confidential Settlement Statement shall be continued from December 1, 2008 to **March 6, 2009**.

5. The date for each party to comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure shall be continued from January 30, 2009 to **March 27, 2009**.

6. The date for any/each party's supplemental disclosures regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c) shall be continued from February 13, 2009 to **April 10, 2009**.

7. The date for completion of expert discovery shall be continued from March 20, 2009 to **May 22, 2009**.

8. The FILING date for all motions, other than motions to amend or join parties, or motions in limine, shall be continued from April 17, 2009 to **June 19, 2009**.

All other orders, dates and deadlines previously ordered shall remain intact and in full force and effect.

**IT IS SO ORDERED.**

DATED: November 25, 2008

LOUISA S PORTER
United States Magistrate Judge

cc	Judge Jeffrey T. Miller
	All parties