# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE,<br><br>                                  Plaintiff,<br>   vs.<br>JETBLUE AIRWAYS CORPORATION,<br><br>                                Defendant. | CASE NO. 08cv0240 JM(POR)<br><br>ORDER GRANTING<br>SUBSTITUTION OF COUNSEL |

    For good cause shown, the court grants Plaintiff's motion to substitute Shabaz Rahbari as counsel or record. Former counsel Allan Cate is relieved of all obligations and responsibilities in this matter.

    **IT IS SO ORDERED.**

DATED: February 3, 2009

                                                     Hon. Jeffrey T. Miller<br>
                                                     United States District Judge

cc:       All parties