# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEH ABDOLAZADE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware Corporation, CORINNE HOXIT, an individual, and DOES 1-25 Inclusive,<br><br>　　　　Defendants. | CASE NO. 3:08-cv-00240-JM-POR<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AGAINST DEFENDANTS WITH PREJUDICE**<br>[Docket No. 36] |

Having read and considered the parties' Joint Motion and Stipulation to Dismiss Plaintiff's First Amended Complaint against Defendants with prejudice, the Court hereby orders that this matter shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: August 27, 2009

_____
HON. JEFFREY T. MILLER
United States District Judge

1